## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VADIM Y. KASKO,<br><br>Defendant. | 18-PO-5203-JTJ<br><br>**VIOLATION:**<br>**6564554**<br><br>**Location Code: M13**<br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $50 and a $30 processing fee for VN 6564554.  The fine will be paid in full on or before November 25, 2018.  Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1362

The check(s) should be made out to the U.S. Courts - CVB.  Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the warrant issued October 11, 2018, is

QUASHED.

DATED this 5th day of November, 2018.


Brian Morris
United States District Court Judge